**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**NOTICE TO CLERK AND UNITED STATES TRUSTEE OF CHANGE**
**FROM NO ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE**

The following No Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

1. NAME OF CASE: Swami Enterprises Inc.

2. CASE NO. 5-19-1561

3. AMOUNT OF FUNDS ON HAND: $2,000

4. IF THERE ARE NO FUNDS ON HAND BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATED VALUE OF THE ASSETS:

    ACTUAL VALUE $            ESTIMATED VALUE $

6. NOTICE CREDITORS TO FILE CLAIMS AS INDICATED:

    (X) send appropriate notice to creditors to file proofs of claim.

    ( ) Do not notice creditors to file claims at this time. I will advise when appropriate to notice creditors.

7. OTHER INFORMATION RELATING TO STATUS OF CASE:

Dated: 11-3-20                                /s/: William G. Schwab
                                              William G. Schwab, Trustee

(File original with Clerk, copy to U. S. Trustee)
UST-PA-MD-5(Apr. 1988)