# United State Bankruptcy Court
## MIDDLE DISTRICT OF PENNSYLVANIA

# REPORT OF PUBLIC SALE
(For Chapter 7, 11 and 13 Cases)

**IN RE: Swami Enterprises Inc.**  CASE NO.
CHAPTER: 7

1. DATE OF SALE: July 27, 2019    TRUSTEE'S ATTORNEY:    William G. Schwab

2. AUCTIONEER: Houser Auctioneers    ATTORNEY FOR CREDITORS COMMITTEE: None

3. BRIEF DESCRIPTION OF ASSETS: Misc Mini Mart Goods

4. ATTENDANCE AT SALE: Live   NUMBER OF LOTS: 128   INTENSITY OF BIDDING: Vigorous

5. SECURITY OF ASSETS DURING SALE: Auctioneer

6. TYPE OF BIDDERS: Commercial

7. BULK BID: None

8. LOT BIDS $2084    NUMBER:128

9. APPRAISER: None   FEE $ N/A

10. AUCTIONEER'S FEE $208    ADVERTISING COSTS N/A

11. OTHER COSTS $0    EXPLAIN: See Attached breakdown

12. HOW WAS SALE ADVERTISED? Online

13. NET AMOUNT REALIZED $ 2084

**WILLIAM G. SCHWAB, Trustee**
Reporting Party
January 8 2021

_/s/ William G. Schwab_
William G. Schwab, Trustee

(File original with Clerk's office within five (5) days of sale, even if objection is filed, Attach notice(s) of sale produced by auctioneer and auctioneer sheets to copy and forward to U. S. Trustee.)
UST-PA-MD- 7
(Apr. 1988)

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA  17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019                                                                 Page:     1
                Consignment Sales - Detail   Sat Jul 27 12:37:45 2019

Consignment: 1
Consignor:   US BANKRUPTCY COURT/MIDDIST PA
S & R LTD
501 RT 61 SOUTH
SCHUYLKILL HAVEN, PA  17972

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 1 | LIQUOR LICENSE | 1 | 5 | | | 38000.00 |
| 2 | HAND TRUCK | 1 | 20 | | | 22.50 |
| 3 | HAND TRUCK | 1 | 20 | | | 10.00 |
| 4 | CASE HAND TRUCKS CHOICE | 5 | 20 | | 10.00 | 50.00 |
| 5 | PALLET JACK | 1 | 10 | | | 55.00 |
| 6 | DRINK COOLER | 1 | 20 | | | 15.00 |
| 7 | DISPLAY RACKS | 1 | 17 | | | 25.00 |
| 8 | DISPLAY RACKS | 1 | 18 | | | 25.00 |
| 9 | DISPLAY RACK | 1 | 20 | | | 7.50 |
| 10 | PROPANE TANKS | 2 | 10 | | 5.00 | 10.00 |
| 11 | YUENGLING RAGS | 1 | 4 | | | 15.00 |
| 12 | WATER COOLER | 1 | 20 | | | 2.00 |
| 13 | LOAD BARS | 2 | 20 | | 10.00 | 20.00 |
| 14 | KEY CHAINS & POSTERS | 1 | 15 | | | 10.00 |
| 15 | KEY CHAIN | 1 | 10 | | | 0.25 |
| 16 | SNOW BLOWER | 1 | 10 | | | 25.00 |
| 17 | TAPS CHOICE | 3 | 9 | | 5.00 | 15.00 |
| 18 | TAPS & KEG BUCKET | 1 | 20 | | | 10.00 |
| 19 | AMPLIFIER | 1 | 1 | | | 3.00 |
| 20 | HEATERS LOT | 1 | 20 | | | 7.00 |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA 17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019                                              Page:    2
                    Consignment Sales - Detail  Sat Jul 27 12:37:45 2019

Consignment: 1
Consignor:   US BANKRUPTCY COURT/MIDDIST PA

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 21 | MOUNTAIN DEW COOLER | 1 | 1 | | | 1.00 |
| 22 | HEINCHEN NEON LIGHT | 1 | 13 | | | 55.00 |
| 23 | VACUUMS LOT | 1 | 20 | | | 10.00 |
| 24 | HOT DOG ROLLER GRILL | 1 | 20 | | | 10.00 |
| 25 | "C" BATTERY LOT | 1 | 10 | | | 15.00 |
| 26 | SIGNAGE MATERIAL | 1 | 20 | | | 14.00 |
| 27 | MILLER LITE CLOCK | 1 | 21 | | | 10.00 |
| 28 | MOLSON THERMOMETER | 1 | 21 | | | 5.00 |
| 29 | WIRE AND HARDWARE LOT | 1 | 20 | | | 5.00 |
| 30 | OLD MILWAUKEE NEON LIGHT | 1 | 19 | | | 25.00 |
| 31 | PEPSI THEROMETER | 1 | 2 | | | 20.00 |
| 32 | PEPSI WOODEN TOYS | 2 | 17 | | 9.00 | 18.00 |
| 33 | PEPSI WOODEN TRAY CHOICE | 1 | 8 | | | 7.00 |
| 34 | PEPSI WOODEN TRAY LOT | 1 | 17 | | | 7.00 |
| 35 | HAND TRUCK WHEELS | 1 | 18 | | | 5.00 |
| 36 | JUMPER CABLE LOT | 1 | 20 | | | 1.00 |
| 37 | SCOOTER | 1 | 9 | | | 1.00 |
| 38 | KEG BUCKETS CHOICE | 4 | 18 | | 3.00 | 12.00 |
| 39 | BUD BANNER | 1 | 8 | | | 5.00 |
| 40 | HEINEKEN SIGNS | 1 | 8 | | | 5.00 |
| 41 | ENGINES | 2 | 18 | | 14.00 | 28.00 |
| 42 | MODEL CARS CHOICE | 1 | 4 | | | 20.00 |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA 17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019  Page: 3
Consignment Sales - Detail  Sat Jul 27 12:37:45 2019

Consignment: 1
Consignor:  US BANKRUPTCY COURT/MIDDIST PA

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 43 | COOLER | 1 | 20 | | | 7.00 |
| 44 | MODEL CARS CHOICE | 7 | 18 | | 12.00 | 84.00 |
| 45 | MODEL CARS CHOICE | 1 | 8 | | | 15.00 |
| 46 | YEUNLGING SNOWBOARD CHOICE | 1 | 21 | | | 37.50 |
| 47 | YEUNLGING SNOWBARD CHOICE | 2 | 1 | | 20.00 | 40.00 |
| 48 | YEUNGLING NEON SIGN | 1 | 17 | | | 100.00 |
| 49 | STRAPS | 1 | 20 | | | 1.00 |
| 50 | YEUNGLING GLASSES | 1 | 6 | | | 17.00 |
| 51 | MODEL CARS CHOICE | 2 | 4 | | 11.00 | 22.00 |
| 52 | MODEL CARS CHOICE | 1 | 8 | | | 15.00 |
| 53 | CLEANING AGENTS | 1 | 20 | | | 1.00 |
| 54 | CREDIT CAR SIGN | 1 | 10 | | | 8.00 |
| 55 | YEUNGLING MUGS | 1 | 5 | | | 35.00 |
| 56 | MODEL CAR LOTS | 1 | 8 | | | 22.00 |
| 57 | MODEL CAR LOTS | 2 | 24 | | 21.00 | 42.00 |
| 58 | SHRINK WRAP | 1 | 17 | | | 20.00 |
| 59 | STORM GLASSES | 1 | 20 | | | 6.00 |
| 60 | MODEL CAR LOT | 1 | 10 | | | 16.00 |
| 61 | BEER SIGNS | 2 | 19 | | 3.00 | 6.00 |
| 62 | DECAL | 1 | 15 | | | 1.00 |
| 63 | TAP NOZZLE LOT | 1 | 13 | | | 3.00 |
| 64 | METAL SIGNS CHOICE | 4 | 20 | | 13.00 | 52.00 |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA 17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019         Page: 4
Consignment Sales - Detail   Sat Jul 27 12:37:45 2019

Consignment: 1
Consignor:   US BANKRUPTCY COURT/MIDDIST PA

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 65 | METAL SIGNS CHOICE | 2 | 8 | | 5.00 | 10.00 |
| 66 | BEER SIGN | 1 | 22 | | | 5.00 |
| 67 | CABINET | 1 | 18 | | | 3.00 |
| 68 | SIGN LOT | 1 | 20 | | | 5.00 |
| 69 | METAL SIGN | 1 | 4 | | | 5.00 |
| 70 | DIAMOND PLATE | 1 | 20 | | | 3.00 |
| 71 | INFLATABLE BEER SIGNS | 2 | 1 | | 1.00 | 2.00 |
| 72 | INFLATABLE BEER SIGNS LOT | 1 | 8 | | | 6.00 |
| 73 | METAL BEER SIGN CHOICE | 1 | 4 | | | 11.00 |
| 74 | METAL BEER SIGN CHOICE | 2 | 19 | | 9.00 | 18.00 |
| 75 | METAL BEER SIGNS | 1 | 19 | | | 1.00 |
| 76 | METAL BEER SIGNS CHOICE | 1 | 4 | | | 5.00 |
| 77 | LIONSHEAD SING | 1 | 1 | | | 1.00 |
| 78 | DIESEL TREATMENT | 2 | 21 | | 5.00 | 10.00 |
| 79 | YEUNGLING BEER SINGS | 1 | 4 | | | 7.00 |
| 80 | BEER SIGN LOT | 1 | 15 | | | 1.00 |
| 81 | EMPTY KEGS CHOICE | 3 | 9 | | 5.00 | 15.00 |
| 82 | BEER BANNERS CHOICE | 4 | 15 | | 5.00 | 20.00 |
| 83 | GMC BOX TRUCK | 1 | 20 | | | 250.00 |
| 84 | YEUNGLING BANNER | 1 | 22 | | | 5.00 |
| 85 | LOADING RAMP | 1 | 20 | | | 5.00 |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA   17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019                                             Page:     5
Consignment Sales - Detail    Sat Jul 27 12:37:45 2019

Consignment: 1
Consignor:   US BANKRUPTCY COURT/MIDDIST PA
S & R LTD
501 RT 61 SOUTH
SCHUYLKILL HAVEN, PA   17972

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
|      |             |      |      |       |            |       |

                        Total for this Consignment        39544.75

              0.0000 % Rate
              LESS: Commissions                    0.00
                                                          0.00

                        Total Auction Charges              0.00

              Net Amount                                 39544.75

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA  17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019                                                  Page:     6
                       Consignment Sales - Detail   Sat Jul 27 12:37:45 2019

Consignment: 2
Consignor:   US BANKRUPTCY COURT
SWAMI ENTERPRISES, INC
511 RT 61 SOUTH
SCHUYLKILL HAVEN, PA  17972

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 86  | DRINKS LOT        | 1 | 9  |  |       | 17.50 |
| 87  | CANDY LOT CHOICE  | 4 | 13 |  | 7.00  | 28.00 |
| 88  | CANDY LOT CHOICE  | 2 | 9  |  | 17.50 | 35.00 |
| 89  | CANDY LOT         | 1 | 15 |  |       | 7.00  |
| 90  | CANDY LOT         | 1 | 9  |  |       | 2.00  |
| 91  | DRINKS            | 1 | 1  |  |       | 9.00  |
| 92  | DRINKS LOT CHOICE | 6 | 9  |  | 6.00  | 36.00 |
| 93  | DRINKS LOT CHOICE | 2 | 1  |  | 6.00  | 12.00 |
| 94  | DRINKS LOT CHOICE | 5 | 9  |  | 5.00  | 25.00 |
| 95  | DRINK LOT         | 1 | 5  |  |       | 2.00  |
| 96  | DRINK LOT         | 1 | 5  |  |       | 3.00  |
| 97  | CONE LOT          | 1 | 20 |  |       | 5.00  |
| 98  | BROOMS & SHOVEL   | 1 | 20 |  |       | 9.00  |
| 99  | SIGNS LOT         | 1 | 4  |  |       | 5.00  |
| 100 | CUPS LOT          | 1 | 9  |  |       | 37.50 |
| 101 | HESS BAGS         | 1 | 20 |  |       | 16.00 |
| 102 | CHIP DISPLAYS     | 1 | 15 |  |       | 1.00  |
| 103 | HESS BAGS         | 1 | 5  |  |       | 45.00 |
| 104 | CUPS LOT          | 1 | 20 |  |       | 1.00  |
| 105 | HOSE              | 1 | 1  |  |       | 1.00  |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA 17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019                                                Page:    7
                    Consignment Sales - Detail   Sat Jul 27 12:37:45 2019

Consignment: 2
Consignor:   US BANKRUPTCY COURT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 106 | WRAPPING PAPER | 1 | 4 | | | 3.00 |
| 107 | TOOLS | 1 | 20 | | | 3.00 |
| 108 | COFFEE FILTERS | 1 | 22 | | | 3.00 |
| 109 | RADIO LOT | 1 | 9 | | | 1.00 |
| 110 | DOLLY CARTS | 1 | 9 | | | 17.00 |
| 111 | ROCK SALT LOT | 1 | 20 | | | 3.00 |
| 112 | FOOD LOT | 1 | 24 | | | 1.00 |
| 113 | GAS NOZZLES | 1 | 4 | | | 1.00 |
| 114 | TAKE OUT CONTAINERS | 1 | 13 | | | 10.00 |
| 115 | DISPLAY RACKS | 1 | 4 | | | 10.00 |
| 116 | WASHER FLUID LOT | 1 | 24 | | | 2.00 |
| 117 | FOOD LOTS | 1 | 24 | | | 1.00 |
| 118 | TOBACCO SIGN | 1 | 2 | | | 5.00 |
| 119 | GUMMY CANDY | 1 | 24 | | | 1.00 |
| 120 | SLIM JIM TURKEY | 1 | 5 | | | 5.00 |
| 121 | FOOD LOT | 1 | 20 | | | 9.00 |
| 122 | DISPLAY LOT | 1 | 15 | | | 1.00 |
| 123 | SIGNS LOT | 1 | 4 | | | 1.00 |
| 124 | FOOD LOT | 1 | 24 | | | 1.00 |
| 125 | TOBACCO DISPLAYS | 1 | 5 | | | 1.00 |
| 126 | LADDER | 1 | 5 | | | 10.00 |
| 127 | CHAIR | 1 | 9 | | | 11.00 |

Houser Auctioneers
106 Ridge Cup Road
New Ringgold, PA 17960
570/386-2191
HouserAuctioneers.com

JULY 27, 2019          Page: 8
Consignment Sales - Detail   Sat Jul 27 12:37:45 2019

Consignment: 2
Consignor:    US BANKRUPTCY COURT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 128  | FOOD LOT    | 1    | 24   |       |            | 8.00  |

Total for this Consignment     405.00

0.0000 % Rate
LESS: Commissions     0.00
    0.00

Total Auction Charges     0.00

Net Amount     405.00